## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

STEPHEN FOX

                          Debtor

SUNTRUST MORTGAGE, INC.

                         Plaintiff

       v.

Stephen Fox
and
Thomas P. Gorman, Trustee,

Chapter 13

Case No. 11-18553-BFK

## ANSWER AND REPORT OF TRUSTEE
## TO RELIEF FROM STAY MOTION

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1)    The Plan of this Chapter 13 Case is not yet confirmed by the Court.

(2)    No record of Post-petition regular monthly installments is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

(3)    A periodic report of the accounts of this Chapter 13 case is attached for reference by the parties to this action and the Court; that such periodic report represents a true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated.

**ANSWER & REPORT OF TRUSTEE, PAGE 2**
**CASE #11-18553-BFK**

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of

this Motion as to this Court seems just.

Date:   February 22, 2012                    ___/s/ Thomas P. Gorman_____
                                             Thomas P. Gorman
                                             Chapter 13 Trustee
                                             300 N. Washington Street, Ste. 400
                                             Alexandria, VA 22314
                                             (703) 836-2226
                                             VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via
ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor,
or to Debtor Pro Se, this 22th day of February, 2012.

                                             ____/s/ Thomas P. Gorman_____
                                             Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 02/22/2012

CASE NO: 11-18553-BFK
STATUS: BASE PLAN

DEBTOR:  XXX-XX-7923
FOX, STEPHEN

AKA:

DATE FILED: 11/30/2011

CONFIRMED:

LATEST 341: 01/03/2012

PERCENTAGE:   100.000

PLAN: 60 MONTHS

1st PAYMENT DUE:  12/2011

ON SCHEDULE:        800.00

ACTUAL PAYMENTS:        800.00

AMOUNT BEHIND:        0.00

10806 HENDERSON ROAD
FAIRFAX STATION, VA 22039

ATTORNEY: NATHAN FISHER, ESQ.
3977 CHAIN BRIDGE RD., #2
FAIRFAX, VA 22030
Phone:703 691-1642 Fax: 703 691-0192

Needed to Complete Base:

BASE:   97,440.00
96,640.00

SCHEDULE:        400.00 MONTHLY
TOTAL PAID:        800.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 02/07/12 | PC | 400.00 |
| 01/04/12 | PC | 400.00 |

DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 002 | 330382 | NAVY FEDERAL CREDIT UNION | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | IRS* | INTERNAL REVENUE SERVICE Split Claim | PRO | SEC 100.00 | 0.00 0.00 | 0.00 0.00 | 11,600.00 0.00 | 11,600.00 11,600.00 | 0.00 0.00 | 11,600.00 0.00 |
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO | PRI 100.00 | 0.00 0.00 | 0.00 0.00 | 47,790.56 125,000.00 | 47,790.56 47,790.56 | 0.00 0.00 | 47,790.56 0.00 |
| 001 | IRS* | INTERNAL REVENUE SERVICE Split Claim | PRO | UNS 100.00 | 0.00 0.00 | 0.00 0.00 | 964,941.28 0.00 | 964,941.28 964,941.28 | 0.00 0.00 | 964,941.28 0.00 |
| 003 | 323722 | SUNTRUST | FIX | SEC 100.00 | 1,388.89 0.00 | 0.00 0.00 | 0.00 75,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 004 | 326681 | SUNTRUST MORTGAGE INC | PRO | SEC 100.00 | 0.00 0.00 | 0.00 0.00 | 149,612.56 155,119.64 | 149,612.56 149,612.56 | 0.00 0.00 | 149,612.56 0.00 |
| 005 | 317634 | HSBC CARD SERVICES | PRO | UNS 100.00 | 0.00 0.00 | 0.00 0.00 | 0.00 2,023.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 006 | 320023 | PORTFOLIO | PRO | UNS 100.00 | 0.00 0.00 | 0.00 0.00 | 0.00 5,776.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 007 | 318576 | PRA RECEIVABLES MANAGMENT, LLC | PRO | UNS 100.00 | 0.00 0.00 | 0.00 0.00 | 0.00 890.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                 ToolBar 9.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 02/22/2012

CASE NO: 11-18553-BFK
STATUS: BASE PLAN

DEBTOR:  XXX-XX-7923
FOX, STEPHEN

SCHEDULE:    400.00 MONTHLY

### PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | FISHER | NATHAN FISHER, ESQ. | PRO | ATY 100.00 | | 0.00 0.00 | 3,000.00 3,000.00 | 3,000.00 3,000.00 | 0.00 0.00 | 2,500.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 0.00 | 0.00 | |
| | | | | | TOTALS: | 1,388.89 0.00 | ,176,944.40 366,808.64 | 1,176,944.40 1,176,944.40 | 0.00 0.00 | 1,176,444.40 0.00 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 3,000.00 | 125,000.00 | 230,119.64 | 8,689.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,000.00 | 47,790.56 | 161,212.56 | 964,941.28 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 2,500.00 | 47,790.56 | 161,212.56 | 964,941.28 | 0.00 | DUE CREDITORS: | 1,176,444.40 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 69,789.08 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 800.00 |
| BALANCE DUE: | 0.00 | 2,500.00 | 47,790.56 | 161,212.56 | 964,941.28 | 0.00 | APPROX BALANCE: | 1,245,433.48 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                        ToolBar 9.5